UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re: | § | Case No. 12-36941-H2 |
|---|---|---|
| | § | |
| JAMES CORY DRUMMOND | § | |
| SAMANTHA DRUMMOND | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Janet S. Northrup, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $234,063.08 | Assets Exempt: | $75,276.00 |
| Total Distributions to Claimants: | $5,769.05 | Claims Discharged Without Payment: | $153,691.15 |
| Total Expenses of Administration: | $1,575.56 | | |

3) Total gross receipts of $7,344.61 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $7,344.61 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $212,898.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,575.56 | $1,575.56 | $1,575.56 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $159,891.00 | $118,969.20 | $118,969.20 | $5,769.05 |
| **Total Disbursements** | $372,789.00 | $120,544.76 | $120,544.76 | $7,344.61 |

    4). This case was originally filed under chapter 7 on 09/17/2012. The case was pending for 22 months.

    5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: <u>07/22/2014</u>        By:   <u>/s/ Janet S. Northrup</u>
                                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Funds on deposit at First Community CU | 1129-000 | $6,240.61 |
| 2012 Tax Refund | 1224-000 | $1,104.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,344.61** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Home Mortgage | 4110-000 | $212,898.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$212,898.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NORTHRUP, JANET S., Trustee | 2100-000 | NA | $1,484.46 | $1,484.46 | $1,484.46 |
| NORTHRUP, JANET S., Trustee | 2200-000 | NA | $18.44 | $18.44 | $18.44 |
| George Adams & Company Insurance Agency LLC | 2300-000 | NA | $7.23 | $7.23 | $7.23 |
| First National Bank of Vinita | 2600-000 | NA | $40.00 | $40.00 | $40.00 |
| Integrity Bank | 2600-000 | NA | $25.43 | $25.43 | $25.43 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$1,575.56** | **$1,575.56** | **$1,575.56** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010)

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $11,000.00 | $10,974.85 | $10,974.85 | $532.19 |
| 2 | FIA CARD SERVICES, N.A. | 7100-000 | $29,700.00 | $29,156.94 | $29,156.94 | $1,413.88 |
| 3 | Capital One, N.A. | 7100-000 | $0.00 | $100.00 | $100.00 | $4.85 |
| 4 | eCAST Settlement Corporation, assignee | 7100-000 | $6,000.00 | $6,001.47 | $6,001.47 | $291.02 |
| 5 | eCAST Settlement Corporation, assignee | 7100-000 | $36,000.00 | $36,105.37 | $36,105.37 | $1,750.82 |
| 6 | PYOD LLC its successors and assigns | 7100-000 | $36,700.00 | $36,630.57 | $36,630.57 | $1,776.29 |
|  | BANK OF AMERICA | 7100-000 | $29,700.00 | $0.00 | $0.00 | $0.00 |
|  | Best Buy | 7100-000 | $283.00 | $0.00 | $0.00 | $0.00 |
|  | GRAMERCY OUTPATIENT SURGERY | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
|  | HOUSTON EYE ASSOCIATES | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
|  | TEXAS BAY AREA REBATH | 7100-000 | $9,958.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $159,891.00 | $118,969.20 | $118,969.20 | $5,769.05 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1  Exhibit 8

| Case No.: | 12-36941-H2 | Trustee Name: | Janet S. Northrup |
| --- | --- | --- | --- |
| Case Name: | DRUMMOND, JAMES CORY AND DRUMMOND, SAMANTHA | Date Filed (f) or Converted (c): | 09/17/2012 (f) |
| For the Period Ending: | 7/22/2014 | §341(a) Meeting Date: | 12/27/2012 |
| | | Claims Bar Date: | 03/27/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Homestead at 2607 Nature Court, Richmond, TX | $240,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Exempt; 11 U.S.C. ? 522(d)(1) | | | | | |
| 2 | Funds on deposit at First Community CU | $3,720.00 | $6,240.61 | | $6,240.61 | FA |
| 3 | Household furnishings, electronics, computer equipment, toys, and appliances | $12,200.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Exempt; 11 U.S.C. ? 522(d)(3) | | | | | |
| 4 | Books | $100.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Exempt; 11 U.S.C. ? 522(d)(3) | | | | | |
| 5 | Clothing | $1,650.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Exempt; 11 U.S.C. ? 522(d)(3) | | | | | |
| 6 | WEDDING RINGS | $2,200.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Exempt; 11 U.S.C. ? 522(d)(4) | | | | | |
| 7 | AMERICAN EQUITY IRA POLICY | $21,165.08 | $0.00 | | $0.00 | FA |
| Asset Notes: | Exempt; 42.002(a)(b) | | | | | |
| 8 | 2004 ACURA/ 2007 FORD EXPEDITION | $27,600.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Exempt; 11 U.S.C. ? 522(d)(2) | | | | | |
| 9 | Office Equipment/supplies, bookshelves and filing cabinets | $800.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Exempt; 11 U.S.C. ? 522(d)(3) | | | | | |
| 10 | 2012 Tax Refund (u) | $3,624.00 | $0.00 | | $1,104.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $0.00 | FA |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**
$313,059.08    $6,240.61    $7,344.61    $0.00

**Major Activities affecting case closing:**
02/04/2014    TFR filed.
11/06/2013    TFR submitted.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2     Exhibit 8

| Case No.: | 12-36941-H2 | Trustee Name: | Janet S. Northrup |
|---|---|---|---|
| Case Name: | DRUMMOND, JAMES CORY AND DRUMMOND, SAMANTHA | Date Filed (f) or Converted (c): | 09/17/2012 (f) |
| For the Period Ending: | 7/22/2014 | §341(a) Meeting Date: | 12/27/2012 |
| | | Claims Bar Date: | 03/27/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Initial Projected Date Of Final Report (TFR):    12/31/2013     Current Projected Date Of Final Report (TFR):    08/31/2013

/s/ JANET S. NORTHRUP

JANET S. NORTHRUP

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-36941-H2 | | Trustee Name: | Janet S. Northrup |
|---|---|---|---|---|
| Case Name: | DRUMMOND, JAMES CORY AND DRUMMOND, SAMANTHA | | Bank Name: | First National Bank of Vinita |
| Primary Taxpayer ID #: | **-***1422 | | Checking Acct #: | ******1968 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking - Non Interest |
| For Period Beginning: | 9/17/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/22/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/27/2013 | (2) | SAMANTHA DRUMMON | Funds on deposit | 1129-000 | $600.00 | | $600.00 |
| 04/01/2013 | (2) | SAMANTHA DRUMMON | Funds on deposit | 1129-000 | $300.00 | | $900.00 |
| 04/19/2013 | | SAMANTHA DRUMMON | Funds on deposit | * | $3,624.00 | | $4,524.00 |
| | {2} | | INSTALLMENT PAYMENT OF FUNDS ON DEPOSIT  $2,520.00 | 1129-000 | | | $4,524.00 |
| | {10} | | INSTALLMENT PAYMENT OF FUNDS ON DEPOSIT  $1,104.00 | 1124-000 | | | $4,524.00 |
| 04/19/2013 | (2) | SAMANTHA DRUMMON | Funds on deposit | 1129-000 | $300.00 | | $4,824.00 |
| 05/07/2013 | | First National Bank of Vinita | ACH (AUTO DEBIT) | 2600-000 | | $10.00 | $4,814.00 |
| 05/09/2013 | (2) | SAMANTHA DRUMMOND | Funds on deposit | 1129-000 | $600.00 | | $5,414.00 |
| 05/30/2013 | (2) | SAMANTHA DRUMMOND | Funds on deposit | 1129-000 | $600.00 | | $6,014.00 |
| 06/07/2013 | | First National Bank of Vinita | ACH (AUTO DEBIT) | 2600-000 | | $10.00 | $6,004.00 |
| 07/02/2013 | (2) | SAMANTHA DRUMMOND | Funds on deposit | 1129-000 | $600.00 | | $6,604.00 |
| 07/08/2013 | | First National Bank of Vinita | Bank service fees | 2600-000 | | $10.00 | $6,594.00 |
| 07/31/2013 | (2) | SAMANTHA DRUMMOND | Funds on deposit | 1129-000 | $720.61 | | $7,314.61 |
| 08/07/2013 | | First National Bank of Vinita | ACH (AUTO DEBIT) | 2600-000 | | $10.00 | $7,304.61 |
| 08/26/2013 | | Integrity Bank | Transfer Funds | 9999-000 | | $7,304.61 | $0.00 |

SUBTOTALS  $7,344.61  $7,344.61

# FORM 2
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-36941-H2 | Trustee Name: | Janet S. Northrup |
|---|---|---|---|
| Case Name: | DRUMMOND, JAMES CORY AND DRUMMOND, SAMANTHA | Bank Name: | First National Bank of Vinita |
| Primary Taxpayer ID #: | **-***1422 | Checking Acct #: | ******1968 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking - Non Interest |
| For Period Beginning: | 9/17/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/22/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $7,344.61 | $7,344.61 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $7,304.61 | |
| | | | **Subtotal** | | $7,344.61 | $40.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $7,344.61 | $40.00 | |

For the period of **9/17/2012** to **7/22/2014**

| | |
|---|---|
| Total Compensable Receipts: | $7,344.61 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,344.61 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $40.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $40.00 |
| Total Internal/Transfer Disbursements: | $7,304.61 |

For the entire history of the account between **02/27/2013** to **7/22/2014**

| | |
|---|---|
| Total Compensable Receipts: | $7,344.61 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,344.61 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $40.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $40.00 |
| Total Internal/Transfer Disbursements: | $7,304.61 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-36941-H2 | Trustee Name: | Janet S. Northrup |
|---|---|---|---|
| Case Name: | DRUMMOND, JAMES CORY AND DRUMMOND, SAMANTHA | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***1422 | Checking Acct #: | ******6941 |
| Co-Debtor Taxpayer ID #: | | Account Title: | dda |
| For Period Beginning: | 9/17/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/22/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/26/2013 | | First National Bank of Vinita | Transfer Funds | 9999-000 | $7,304.61 | | $7,304.61 |
| 08/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.28 | $7,302.33 |
| 09/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $11.40 | $7,290.93 |
| 10/07/2013 | 5001 | George Adams & Company Insurance Agency LLC | Bond Payment | 2300-000 | | $7.23 | $7,283.70 |
| 10/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $11.75 | $7,271.95 |
| 11/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $11.35 | $7,260.60 |
| 12/17/2013 | | Integrity Bank | Reverse Bank Fee | 2600-000 | | ($11.35) | $7,271.95 |
| 03/05/2014 | 5002 | NORTHRUP, JANET S. | Trustee Compensation | 2100-000 | | $1,484.46 | $5,787.49 |
| 03/05/2014 | 5003 | NORTHRUP, JANET S. | Trustee Expenses | 2200-000 | | $18.44 | $5,769.05 |
| 03/05/2014 | 5004 | Discover Bank | Distribution on Claim #: 1; Amount Allowed: 10,974.85; Claim #: 1; Distribution Dividend: 4.85; | 7100-000 | | $532.19 | $5,236.86 |
| 03/05/2014 | 5005 | FIA CARD SERVICES, N.A. | Distribution on Claim #: 2; Amount Allowed: 29,156.94; Claim #: 2; Distribution Dividend: 4.85; | 7100-000 | | $1,413.88 | $3,822.98 |
| 03/05/2014 | 5006 | Capital One, N.A. | Distribution on Claim #: 3; Amount Allowed: 100.00; Claim #: 3; Distribution Dividend: 4.85; | 7100-000 | | $4.85 | $3,818.13 |
| 03/05/2014 | 5007 | eCAST Settlement Corporation, assignee | Distribution on Claim #: 4; Amount Allowed: 6,001.47; Claim #: 4; Distribution Dividend: 4.85; | 7100-000 | | $291.02 | $3,527.11 |
| 03/05/2014 | 5008 | eCAST Settlement Corporation, assignee | Distribution on Claim #: 5; Amount Allowed: 36,105.37; Claim #: 5; Distribution Dividend: 4.85; | 7100-000 | | $1,750.82 | $1,776.29 |
| 03/05/2014 | 5009 | PYOD LLC its successors and assigns | Distribution on Claim #: 6; Amount Allowed: 36,630.57; Claim #: 6; Distribution Dividend: 4.85; | 7100-000 | | $1,776.29 | $0.00 |

SUBTOTALS  $7,304.61  $7,304.61

Page No: 4     Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-36941-H2 | Trustee Name: | Janet S. Northrup |
|---|---|---|---|
| Case Name: | DRUMMOND, JAMES CORY AND DRUMMOND, SAMANTHA | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***1422 | Checking Acct #: | ******6941 |
| Co-Debtor Taxpayer ID #: | | Account Title: | dda |
| For Period Beginning: | 9/17/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/22/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $7,304.61 | $7,304.61 | $0.00 |
|  |  |  | **Less: Bank transfers/CDs** | | $7,304.61 | $0.00 | |
|  |  |  | **Subtotal** | | $0.00 | $7,304.61 | |
|  |  |  | **Less: Payments to debtors** | | $0.00 | $0.00 | |
|  |  |  | **Net** | | $0.00 | $7,304.61 | |

**For the period of 9/17/2012 to 7/22/2014**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $7,304.61 |
| | |
| Total Compensable Disbursements: | $7,304.61 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,304.61 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/26/2013 to 7/22/2014**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $7,304.61 |
| | |
| Total Compensable Disbursements: | $7,304.61 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,304.61 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-36941-H2 | Trustee Name: | Janet S. Northrup |
|---|---|---|---|
| Case Name: | DRUMMOND, JAMES CORY AND DRUMMOND, SAMANTHA | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***1422 | Checking Acct #: | ******6941 |
| Co-Debtor Taxpayer ID #: | | Account Title: | dda |
| For Period Beginning: | 9/17/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/22/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $7,344.61 | $7,344.61 | $0.00 |

**For the period of 9/17/2012 to 7/22/2014**

| | |
|---|---|
| Total Compensable Receipts: | $7,344.61 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,344.61 |
| Total Internal/Transfer Receipts: | $7,304.61 |
| | |
| Total Compensable Disbursements: | $7,344.61 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,344.61 |
| Total Internal/Transfer Disbursements: | $7,304.61 |

**For the entire history of the case between 09/17/2012 to 7/22/2014**

| | |
|---|---|
| Total Compensable Receipts: | $7,344.61 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,344.61 |
| Total Internal/Transfer Receipts: | $7,304.61 |
| | |
| Total Compensable Disbursements: | $7,344.61 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,344.61 |
| Total Internal/Transfer Disbursements: | $7,304.61 |

/s/ JANET S. NORTHRUP

JANET S. NORTHRUP